JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LINDA A. GOODWIN, | Case No. CV 11-10586-MLG |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: July 16, 2012

**MARC L. GOLDMAN**
MARC L. GOLDMAN
United States Magistrate Judge